

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/07/2018 10:30 AM

COURTROOM 6D, 6th Floor

**HONORABLE CYNTHIA JACKSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:15-bk-07397-CCJ** | **Chapter 11** | **02/06/2017** |
| **ADVERSARY:** **6:17-ap-00021-CCJ** | | **Pltf Atty:** R Scott Shuker |
| | | **Dft Atty:** Andrew D Zaron |

**DEBTOR:** Bunkers International Corp. and Dolphin Marine Fuels, LLC

**HEARING:**

Morrison v. Van-Oil Petroleum LTD

ROBERT MORRISON   v.   VAN-OIL PETROIEUM LTD
STATUS CONFERENCE
Pl Atty: R Scott Shuker
Def Atty: J Stephen Simms
Note: Con't 5/31/17; 9/21/17; 1/11/18
Answer to Complaint and Affirmative Defenses (Doc #7)
At 5/13, Hrg - Parties to attend mediation
Nature of suit:
12 Recovery of money/property - 547 preference
14   Recovery of money/property - other
.

**APPEARANCES:**:: R. Scott Shuker: Plaintiff Atty
**TELEPHONIC AAPPEARANCES:**:: J. Stephen Simms: Defendant Atty

**RULING:** STATUS CONFERENCE -   Con't to 10/11/18 @ 10:30 am (AOCNFNG) .    WC
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.